JS - 6

FILED
CLERK, U.S. DISTRICT COURT
APR 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAG-IT PACIFIC, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PRO-FIT HOLDINGS, LTD., et al., <br><br> Defendant(s) | CASE NO. CV07-1484-   -AHM (RCx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

1  On July 12, 2007, the Court granted defendants' motion to stay the
2  proceedings. The Court found that this action, *Tag-It Pacific, Inc. v. Pro-Fit*
3  *Holdings, Ltd., et al.* ("Tag-It II") was duplicative of CV04-2694-AHM (RCx),
4  *Tag-It Pacific, Inc. v. Pro-Fit Holdings Limited* ("Tag-It I");
5  IT IS THEREFORE ORDERED that this case is removed from this Court's
6  active caseload without prejudice to the right, upon good cause shown, within 30
7  days of the resolution of the Tag-It I action, to request a status conference be
8  scheduled if settlement is not consummated. Until such time, this Court retains
9  jurisdiction over this action and this Order shall not prejudice any party to this
10 action.
11 IT IS SO ORDERED.

13 DATED:  April 13, 2009

16 JS - 6

_____
A. HOWARD MATZ
United States District Judge